PER CURIAM.

(No. 74-CC-385—Claimant )

EMULSIFIED ASPHALTS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed January 18, 1974.*

EMULSIFIED ASPHALTS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-
KEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.